IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BEYL                              :         CIVIL ACTION
                                  :
                                  :
   v.                             :
                                  :
                                  :
BAYER CORPORATION et al.          :         NO. 02-3438



O R D E R


AND NOW, this 14th day of June, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Harvey Bartle, III to the calendar of the Honorable Legrome D. Davis.



FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:


_____
MICHAEL E. KUNZ
Clerk of Court