IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
| POLIZZI | : | 02-3358 |
| CHURCHILL | : | 02-3496 |
| BEYL |  | 02-3438 |
| GRIFFIN | : | 02-3282 |
| DEGRUY | : | 02-3130 |
| FOUSHEE | : | 02-3065 |
| ZIMMERMAN |  | 02-3398 |
| vs. |  |  |
|  | : |  |
| BAYER CORPORATION, *et al.* |  |  |
|  | : |  |

**ORDER**

**AND NOW,** this ___ day of May, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]  -  Order staying these proceedings pending disposition of a related action.

[ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[ ]  -  Interlocutory appeal filed

[X]  -  Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transfering case to District of Minnesota.

it is
**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
Legrome D. Davis, Judge

Civ. 13 (8/80)